IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARIA RODRIGUEZ, INDIVIDUALLY § | | |
| AND MIGUEL BARRERRA, § | | |
| INDIVIDUALLY AND AS PERSONAL § | | |
| REPRESENTATIVES OF THE ESTATE § | | |
| OF SIXIALFREDO BARRERA § | | |
| § | | |
| V. § | CIVIL ACTION NO. 5:09-CV-221 | |
| § | (Jury Demanded) | |
| § | | |
| BLITZ U.S.A., INC. § | | |

### ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

After considering the parties Stipulation of Dismissal without Prejudice, the Court GRANTS the stipulation and dismisses the case without prejudice.

Dated June 15, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

APPROVED & ENTRY REQUESTED:

/s/ GLENN D. ROMERO